WILLIAM L. FITCH, Appellant, v. SAWYER CRYSTAL BLUE COMPANY and SULPHO-NAPTHOL COMPANY, Respondents.

*Pleading — breach of contract of employment — party.*

Appeal from an interlocutory judgment of the Special Term sustaining a demurrer to the complaint on the ground that two causes of action are improperly united therein.

CLARKE, J. : The complaint is not to be commended as an artistic bit of pleading, nevertheless it is not susceptible to the criticism that causes of action are improperly united. There is but one cause of action alleged, viz., damages for breach of contract of employment by wrongful discharge by both defendants from an employment entered into with both defendants upon a promise by both defendants to pay for service a stipulated amount per week from the 3d of June, 1908, until the 1st day of March, 1909; the wrongful discharge being alleged to have occurred on the 3d of October, 1908. The plaintiff sues for $840, a sum equal to the amount he would have earned for the balance of the period if he had been permitted to perform. No other cause of action can be spelled out of this complaint, and it being alleged that both of the defendants made the contract and that both breached it, they are properly made parties defendant in an action to recover damages therefor. The interlocutory judgment appealed from should be reversed, with costs and the demurrer overruled, with costs to the appellant, and the defendants, upon payment thereof and within twenty days, have leave to withdraw the demurrer and plead over. Ingraham, McLaughlin, Laughlin and Scott, JJ., concurred. Judgment reversed, with costs, and demurrer overruled, with costs, with leave to defendants to withdraw demurrer and to answer on payment of costs.

---

Sarah Bayley, Respondent, v. Isabella L. Beekman, Individually and as Administratrix with the Will Annexed, etc., of Mary E. Bayley, Deceased, and Others, Respondents, Impleaded with Daisy Bayley and Others, Defendants, and Richard Lawrence and Others, Appellants.— Judgment affirmed, with costs to the respondent and to the guardian *ad litem* payable out of the estate, on the opinion of Mr. Justice Dowling in the court below (reported in 62 Misc. Rep. 567). Settle order on notice.

The City of New York, Respondent, v. John Zimmermann Company, Appellant.— Judgment affirmed, with costs, on *City of New York v. Assurance Company of America* (129 App. Div. 904).

In the Matter of the Compulsory Judicial Settlement of the Account of Henry A. V. Post, as Administrator of Edwin Post, Deceased, which Latter in His Lifetime Was Administrator with the Will Annexed, etc., of Cornelia Post, Deceased, Appellant. Jane Eliza Davis, as Administratrix with the Will Annexed, etc., of Cornelia Post, Deceased, Respondent.— Decree and order affirmed, with costs. No opinion.

Charles Dapping, Jr., Respondent, v. Post & McCord, Appellant.— Judgment and order affirmed, with costs. No opinion.